GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

FILED JUN 26 '25 AM 11:57
MDGA-MAC

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 5:21-CR-39-001(TES) |
| **LEE ANTHONY BENNEY** | |

On January 9, 2023, Lee Anthony Benney's supervised release period of 3 years commenced. Benney has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. Accordingly, it is recommended Lee Anthony Benney be discharged from supervision.

Respectfully submitted,

Eugene L. Autry, II
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2025.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE